IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHNNY GODFREY,** | : |
| Plaintiff, | : |
| vs. | :   **CIVIL ACTION 05-0559-CG-M** |
| **DOCTOR BARNES,** | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's complaint be and is hereby **DISMISSED with prejudice**.

**DONE and ORDERED** this 5th day of December, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE